**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge:** Bruce G. Macdonald | **Date:** April 5, 2024 |
| **USA v. Trevor Lee O'Dowd** | **Case Number:** 24-06135MJ-001-PHX-ASB |

**Assistant U.S. Attorney:** Dondi Jean Osborne for Maria Rodriguez Gutierrez
**Attorney for Defendant:** Luke Stephen Mulligan, Assistant Federal Public Defender
**Interpreter:** N/A
**Defendant:** ☒ Present  ☐ Not Present  ☐ Released  ☒ Custody  ☐ Summons  ☐ Writ

Government moves to unseal the case. Court ORDERS case unsealed (Documents #1, #2, and #3).

**INITIAL APPEARANCE**
☒ Complaint Filed   **Date of Arrest: April 4, 2024**
☒ NO Financial Affidavit taken; Defendant sworn as to financial status.
Appointing attorney Luke Stephen Mulligan, Assistant Federal Public Defender, on behalf of the defendant for Flagstaff proceedings only.
☒ Defendant states true name to be SAME.
 Further proceedings ORDERED in Defendant's true name.
☒ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to 18§3142(e) & (f) is   ☒ Granted  ☐ Denied.
☒ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to
  ☒ 18§ 3142(f)   ☐ 18§ 3142(d)

As required by Rule 5(f), the United States is ordered to produce all information required by Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.

**Detention Hearing/Status Hearing regarding Preliminary Hearing** set for Tuesday, April 9, 2024 at 11:00 A.M. before Magistrate Judge Lynnette C. Kimmins at 123 N. San Francisco Street, Flagstaff, Arizona.

**Recorded By** Courtsmart                                              **IA     8 min**
**Deputy Clerk** Christina Davison

                                                                 **Start: 11:17 am**
                                                                 **Stop:  11:25 am**