**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge:** Lynnette C. Kimmins | **Date:** April 9, 2024 |
| **USA v. Trevor Lee O'Dowd** | **Case Number:** 24-06135MJ-001-PHX-ASB |

**Assistant U.S. Attorney:** Dondi Jean Osborne for Maria Rodriguez Gutierrez
**Attorney for Defendant:** Luke Stephen Mulligan, Assistant Federal Public Defender
**Interpreter:** N/A
**Defendant:**  ☒ **Present**   ☐ **Not Present**   ☐ **Released**   ☒ **Custody**   ☐ **Summons**   ☐ **Writ**

**DETENTION HEARING:**   ☒ Held   ☐ Continued   ☐ Submitted   ☐ UA
PSA recommends: Release to Crossroads.
Government position: Detention.
Defense recommends: Release to Crossroads.
Government's request for detention  ☒ Granted   ☐ Denied
☒ Defendant Ordered detained pending Trial

**PRELIMINARY HEARING**   ☐ Held   ☐ Continued   ☐ Submitted   ☒ Waived
☒ Probable cause found   ☐ Dismissed   ☒ Held to answer before District Court

**Recorded By** Courtsmart
**Deputy Clerk** Christina Davison

PH     1 min
DH    24 min

Start:  10:57 am
Stop:   11:22 am